IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW1:06CR24 |
| | ) | (Financial Litigation Unit) |
| JOSIAH CHARLES MCMANUS, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| FRANKIE BONES OF ASHEVILLE, INC., | ) | |
|     Garnishee. | ) | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Josiah Charles McManus is DISMISSED.

Signed: May 2, 2012

_____
Dennis L. Howell
United States Magistrate Judge